## INVOICE

Date: 1/24/2012

File No.   bkTrent 1 13
Order #   bkCarroll 1 13

Prepared for:

N/A
Earl & Laura Carroll & Their Assigns
700 N Trent Rd
Ravenna, MI 49451

Property Appraised:

Laura Carroll & Her Assigns
700 N Trent Rd
Ravenna, MI 49451

Work Performed:

| | | |
|---|---|---|
| Single Family Residential Appraisal - Appraisal150.com | $ | |
| Appraiser Fee | $ | 150.00 |
| Appraisal150 referral/mgmnt fee | $ | 15.00 |
| Paid In Full - Check | $ | -165.00 |
| | $ | |
| Fed Tax ID# 30-0021886 | $ | |
| Total Amount Due: | $ | **0.00** |

Please make checks payable to:

Graceland Appraisal
3489 Hampton Downs Dr SE
Grand Rapids, MI 49512

Toll     888 336 2150
Local   616 822 3056

Graceland Appraisal
## COMMENT ADDENDUM

File No.   bkTrent 1 13
Order #   bkCarroll 1 13

Borrower   Laura Carroll & Her Assigns
Property Address   700 N Trent Rd

| City   Ravenna | County | Muskegon | State | MI | Zip Code | 49451 |

Lender/Client   Earl & Laura Carroll & Their Assigns          Address  700 N Trent Rd, Ravenna, MI 49451

Current 2012 SEV (State Equalized Value) $255,300 (x2 equals assessors estimated current fair market value- **$510,600**)- Current 2012 SEV should be considered a **Extremely High** estimate of current fair market value as supported by comparable sales/listings utilized within the defined neighborhood market and report.

***Current assessing data indicates a 40 acre parcel of land and includes all of the deer fencing/accomodations, offices, and outbuildings. The appraiser was told that the home is deeded separately and includes ONLY 3 acres with none of the outbuildings/amenities and that the **assessing information is incorrect**. The appraiser could not verify any changes to deeded legal description and/or parcel change due to rural location and very limited hours of business for the Casnovia Twp assessors office. Per assessing data "Land Value- $105,700 (40 acres), Land Improvements $53,507 (offices, outbuildings, fencing)". If in fact the home and 3 acres are deeded separately from the father parcel this assessment is over valued by approximately $140,000 right off the top. This estimate of value is made under the extraordinary assumption that the real property/main residence is a stand alone improvement to a 3 acre parcel of land. Verification of this extraordinary assumption is highly recommended.

Intended use of this report is to determine AS-IS current fair market value of the subject property as of the effective date of this report dated 1/13/2013.

THIS APPRAISAL IS IN COMPLIANCE WITH FEDERAL/STATE APPRAISAL REPORTING GUIDELINES.

THIS APPRAISER FEELS THE CURRENT ESTIMATE OF FAIR MARKET VALUE IS WITHIN (+/-) 5% OF THE MOST LIKELY TRANSFER PRICE AS OF THE EFFECTIVE DATE OF THIS REPORT- 1/13/2013.

**Quality of construction is based on materials and craftsmanship utilized for construction. Rating of homes are compared against competing properties ie; when saying a home is in "Average" condition or quality of construction that means when compared to similar and competing homes in that market.**

Average/Above Avg Quality would be considered (Older) Laminate, Carpet and/or Vinyl Flooring, Formica Kitchen Countertops, Builder Grade Kitchen Cabinetry and Fixtures.

Good/Superior Quality would be considered (Newer/Updated), Hardwood, Ceramic Tile, or Exotic Flooring, Granite Countertops, Upgraded Kitchen Cabinetry, Appliances, and Fixtures, etc...

**Grading Scale utilized- As compared to "Comparable" homes with competing buyers/markets/neighborhoods.**

Superior- (new, high end quality of construction, amenities and appeal).
Very Good- (Same as good only with better quality of construction).
Good- (recently updated, very well kept, good quality of construction/materials).
Above Avg- (several new/newer updates, some above average quality of construction/materials).
Average- (few recent updates 5/10 years, flooring/amenities in Average condition, average/common materials utilized).
Below Avg- (not typical for the neighborhood, decent condition, some repairs/updating needed).
Fair- Below (below average quality of construction/materials, many needed repairs/updating throughout).
Poor- (unacceptable quality of construction/materials, possible hazzard).

# APPRAISAL REPORT

# OF



700 N Trent Rd
Ravenna, MI 49451

# PREPARED FOR

N/A
Earl & Laura Carroll & Their Assigns
700 N Trent Rd
Ravenna, MI 49451

# AS OF

1/13/2013

# PREPARED BY

Graceland Appraisal
3489 Hampton Downs Dr SE
Grand Rapids, MI 49512

Non-Lending Appraisal / BK

Standard Appraisal

File No.   bkTrent 1 13
Order #   bkCarroll 1 13

## Residential Appraisal Report

The purpose of this summary appraisal report is to provide the client with an accurate, and adequately supported, opinion of the market value of the subject property.

### SUBJECT

| | |
|---|---|
| Property Address 700 N Trent Rd | City Ravenna   State MI   Zip Code 49451 |
| Owner Earl & Laura Carroll   Intended User Pete & Laura Carroll & Their Assigns   County Muskegon | |

Legal Description SEC 20 T10N R13W NW 1/4 OF SE 1/4 (ASSESSORS DATA DOES NOT HAVE CURRENT/CORRECT LEGAL)- SEE DEED.

Assessor's Parcel #   07-13-020-400-0001-00   Tax Year   2012   R.E.Taxes $ 8,417.99

Neighborhood Name Casnovia Twp- Kent City Public School District   Map Reference   See Loc/Map   Census Tract

Occupant [X] Owner [ ] Tenant [ ] Vacant  Special Assessments $  None Noted   [ ] PUD  HOA $  N/A   [ ] per year [ ] per month

Property Rights Appraised [X] Fee Simple [ ] Leasehold [ ] Other (describe)

Intended Use  Current Fair Market Value / Non-Lending / BK Valuation

Client  Earl & Laura Carroll & Their Assigns   Address 700 N Trent Rd, Ravenna, MI 49451

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal?  [ ] Yes [X] No

Report data source(s) used, offering price(s), and date(s).   MLS, Assessor

### CONTRACT

I [ ] did [ ] did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

Contract Price $   Date of Contract   Is the property seller the owner of public record?  [ ] Yes [ ] No  Data Source(s)

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the purchaser?  [ ] Yes [ ] No
If Yes, report the total dollar amount and describe the items to be paid.

### NEIGHBORHOOD

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | One-Unit Housing Trends | | | One-Unit Housing | | Present Land Use % |
|---|---|---|---|---|---|---|---|
| Location [ ] Urban [X] Suburban [X] Rural | Property Values [X] Increasing [ ] Stable [ ] Declining | PRICE $(000) | AGE (yrs) | One-Unit 25 % | | | |
| Built-Up [ ] Over 75% [X] 25-75% [ ] Under 25% | Demand/Supply [ ] Shortage [X] In Balance [ ] Over Supply | Low 10 | | 2-4 Unit % | | | |
| Growth [ ] Rapid [X] Stable [ ] Slow | Marketing Time [ ] Under 3 mths [X] 3-6 mths [ ] Over 6 mths | High 215 | 10+ | Multi-Family % | | | |
| | | Pred. 68 | 30 | Commercial 5 % | | | |
| | | | | Other Vacant 70 % | | | |

Neighborhood Boundaries  Boundaries are not easily defined due to Rural location. Only

similar/competing markets were utilized for comparison- <10 mi. radius deemed

Neighborhood Description  Low Density/Rural neighborhood reflecting Avg quality and marketability. Schools, parks, shopping, & employment centers are located within a reasonable commute. Recreational activities are present, accessible & considered Avg (golf, public parks, lakes, etc...). Appx 5 mi radius- Ravenna Public School District...

Market Conditions (including support for the above conclusions)  Appreciating home values within the most recent 12 mnth period (6 mnth v 6 mnth comparison). Median/Avg days on the mkt have ranged between 78/133 days. REO/Distress activity is Significant- 80 total Sale/Listings- 33 REO, 3 Short Sales, 44 arms-length- 41.3% REO/Distress properties. Financing is attractive and accessible.

### SITE

| | | | |
|---|---|---|---|
| Dimensions   3.00 Acres | Area   3.00 Acres | Shape   Rectangular | View   Deer Park, Private |
| Specific Zoning Classification   A-1 | Zoning Description  Agricultural | | |

Zoning Compliance [X] Legal [ ] Legal Nonconforming (Grandfathered Use) [ ] No Zoning [ ] Illegal (describe)

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? [X] Yes [ ] No  If No, describe.

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements--Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity [X] | | Water | [X] | Well | Street Asphalt | [X] | | |
| Gas | [X] | LP | Sanitary Sewer | [X] | Septic | Alley No | | |

FEMA Special Flood Hazard Area [ ] Yes [X] No  FEMA Flood Zone  N   FEMA Map # 261199   FEMA Map Date

Are the utilities and/or off-site improvements typical for the market area? [X] Yes [ ] No  If No, describe.

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? [ ] Yes [X] No  If Yes, describe.
No adverse easements, encroachments or other apparent adverse conditions observed upon inspection. The subject is on a well & septic system that is common to the area and is assumed to have no negative effect on marketability. Well, septic drain field, set backs & locations are assumed adequate & acceptable per Casnovia Twp guidelines. Condition of Well/Septic is assumed working & adequate.

### IMPROVEMENTS

| General Description | | Foundation | | Exterior Description materials/condition | Interior materials/condition |
|---|---|---|---|---|---|
| Units [X] One [ ] One with Accessory Unit | [X] Concrete Slab [ ] Crawl Space | Foundation Walls Poured Concrete-Avg | Floors Carpet,Tile,Stone-Gd | | |
| # of Stories 1 | [ ] Full Basement [X] Partial Basement | Exterior Walls Vinyl, Brick-Avg | Walls Drywall, Panel-Good | | |
| Type [X] Det. [ ] Att. [ ] S-Det./End Unit | Basement Area 3,000 sq. ft. | Roof Surface Asphalt-Avg | Trim/Finish Wood/Stain-Good | | |
| [X] Existing [ ] Proposed [ ] Under Const. | Basement Finish 70 % | Gutters & Downspouts Aluminum-Avg | Bath Floor Marble, Cer Tile-Good | | |
| Design (Style) Raised Ranch | [X] Outside Entry/Exit [X] Sump Pump | Window Type Csmnt & Wood DH-Avg | Bath Wainscot Fiberglass-Avg | | |
| Year Built 1993 | Evidence of [ ] Infestation | Storm Sash/Insulated Yes/Yes-Avg | Car Storage [ ] None | | |
| Effective Age (Yrs) 10 | [ ] Dampness [ ] Settlement | Screens Yes-Avg | [X] Driveway # of Cars 6+ | | |
| Attic [ ] None | Heating [X] FWA [ ] HWBB [ ] Radiant | Amenities [ ] Woodstove(s) # | Driveway Surface Concrete | | |
| [ ] Drop Stair [ ] Stairs | [ ] Other GeoTh Fuel LP | [X] Fireplace(s) # 3 [X] Fence Chain Link | [X] Garage # of Cars 3 | | |
| [ ] Floor [ ] Scuttle | Cooling [X] Central Air Conditioning | [X] Patio/Deck Both [X] Porch Lg Covered | [ ] Carport # of Cars | | |
| [ ] Finished [ ] Heated | [ ] Individual [ ] Other | [X] Pool IG [X] Other Storage | [X] Att. [ ] Det. [ ] Built-in | | |

Appliances [P] Refrigerator [P] Range/Oven [X] Dishwasher [ ] Disposal [C] Microwave [P] Washer/Dryer [C] Other (describe) Microwave/Fan Combo

Finished area above grade contains:   7 Rooms   4 Bedrooms   2.1 Bath(s)   4,239 Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.)  Assumed adequate insulation with proper attic ventilation also (original) thermal pane windows throughout. GeoThermal furnace has good market appeal. Mechanicals appear to be in Avg/Working condition.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.)  Nicely updated/maintained & should be considered in Good overall condition for the mkt/age/neighborhood. No New/Newer improvements noted. Basement is 95% finished & includes FR w/FP, 4 bedrooms w/Egress, 4.1 bathrooms, hobby room, & finished/heated 3 stall built-in garage. Exterior IG pool w/Extensive Patio, Decking, & chain link fence. Extensive covered front porch & views of working deer farm make property unique to the area. Outbuildings, deer fencing & acreage are not included with the home parcel. Landscape is Very Good for the neighborhood.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? [ ] Yes [X] No  If Yes, describe

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? [X] Yes [ ] No  If No, describe  Real property/home has views of office, deer fencing & storage/outbuildings. The property is zoned Ag and a working white tail deer farm. Fencing is extremely high & would be utilized for other livestock. Very unique w/Diminished value for other residential use.

General Appraisal

| | File No. | bkTrent 1 13 |
| | Order # | bkCarroll 1 13 |

## Residential Appraisal Report

| There are | 6 | comparable properties currently offered for sale in the subject neighborhood ranging in price from $ | 199,999 | to $ | 999,999 |
| There are | 3 | comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ | 199,999 | to $ | 999,999 |

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Address | 700 N Trent Rd | 10079 Fruit Ridge Ave NW | 71 S Main St | 3770 Ivah Dr NW |
| | Ravenna, MI 49451 | Sparta, MI 49345 | Casnovia, MI 49318 | Kent City, MI 49330 |
| Proximity to Subject | | 8.41 miles SE | 4.33 miles E | 5.84 miles E |
| Sale Price | $ | $ 230,000 | $ 200,500 | $ 280,000 |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 37.33 sq. ft. | $ 61.86 sq. ft. | $ 105.90 sq. ft. |
| Data Source(s) | | MLS# 11038661 DOM 1,602 | MLS# 11030429 DOM 283 | MLS# 12050845 DOM 17 |
| Verification Source(s) | | Assessor | Assessor | Assessor |

| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
|---|---|---|---|---|---|---|---|
| Sale or Financing | | Cash/arms-length | 0 | Land Contract | -20,000 | FHA/arms-length | 0 |
| Concessions | | None Noted | 0 | None Noted | | None Noted | 0 |
| Date of Sale/Time | | 1/20/2012 | 0 | 4/30/2012 | | 11/2/2012 | |
| Location | Low Dnsity Sbrbn | Low Dnsity/Similar | 0 | Rural Village/Avg | | Low Dnsity/Similar | 0 |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | 0 |
| Site | 3.00 Acres | 5.00 Acre | -4,000 | 1.57 Acre | +2,500 | 10.00 Acre | -16,000 |
| View | Deer Park, Private | Private/Good | -20,000 | Res/Private-Good | -20,000 | Private/Good | -20,000 |
| Design (Style) | Raised Ranch | 2.1 Story | 0 | Ranch | | 2 Story | |
| Quality of Construction | Frame/Good | Frame/Similar | 0 | Frame/Avg | +10,000 | Frame/Similar | |
| Actual Age | 20 yrs | 28 yrs | 0 | 57 yrs | +10,000 | 15 yrs | |
| Condition | Good | Good/Similar | 0 | Average | +10,000 | Good/Similar | |
| Above Grade | Total | Bdrms | Baths | Total | Bdrms | Baths | Total | Bdrms | Baths | | Total | Bdrms | Baths | |
| Room Count | 7 | 2 | 2.1 | 11 | 5 | 3.1 | -5,000 | 9 | 3 | 3.0 | +2,000 | 11 | 5 | 2.1 | 0 |
| Gross Living Area | 4,320 sq. ft. | 6,162 sq. ft. | -55,260 | 3,241 sq. ft. | +32,370 | 2,644 sq. ft. | +50,280 |
| Basement & Finished | Partial/3,000 sf | Partial Basement | +10,000 | Partial Basement | +10,000 | Walkout/Similar | 0 |
| Rooms Below Grade | FR,4bed,4.1bath | Unfinished | +60,000 | Unfinished | +60,000 | FR/RR,bed,1/2bath | +10,000 |
| Functional Utility | Superior | Superior/Equal | 0 | Superior/Equal | | Good | +5,000 |
| Heating/Cooling | Geo-Therm/C-Air | Geo-Therm/C-Air | 0 | Gas H20/C-Air | | Geo-Therm/C-Air | 0 |
| Energy Efficient Items | Furnace, Windows | Assumed Similar | 0 | Assumed Similar | | Assumed Similar | 0 |
| Garage/Carport | 3 Car Gar. Blt-In | 3 Stall Att w/Loft | 0 | 2 Stall Att | +5,000 | 2 Stall Built-In | +5,000 |
| Porch/Patio/Deck | Cov Porch, 2 Deck | None Noted | +15,000 | Enc Porch, Deck | +1,000 | In-Law Apartment | -15,000 |
| Fireplaces | 3 Fireplaces | None Noted | +10,000 | 2 Fireplace | +1,000 | Fireplace,Cov Prch | |
| Pool | IG Pool,Patio, Fnc | IG Pool, Patio, Fnc | 0 | Pole Barn, Cov Prch | | Pole Barn w/Loft | 0 |
| Days On Market | N/A | 1,602- Excessive | | 283- Excessive | | 17- Insufficient (+)3% | +8,500 |
| Net Adjustment (Total) | | X + - | $ 10,740 | X + - | $ 103,870 | X + - | $ 27,780 |
| Adjusted Sale Price | | Net Adj: 5% | | Net Adj: 52% | | Net Adj: 10% | |
| of Comparables | | Gross Adj: 78% | $ 240,740 | Gross Adj: 92% | $ 304,370 | Gross Adj: 46% | $ 307,780 |

| X | did | did not research the sale or transfer history of the subject property and comparable sales. If not, explain |

| My research | did | X | did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal. |
| Data source(s)  MLS, Assessor |
| My research | did | X | did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale. |
| Data source(s)  MLS, Assessor |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | No Transfer (36mths) | No Transfer (12mths) | No Transfer (12mths) | No Transfer (12mths) |
| Price of Prior Sale/Transfer | N/A | N/A | N/A | N/A |
| Data Source(s) | MLS, Assessor | MLS, Assessor | MLS, Assessor | MLS, Assessor |
| Effective Date of Data Source(s) | January-2013 | January-2013 | January-2013 | January-2013 |

Analysis of prior sales or transfers of the subject property and comparable sales   No Sheriff Sale data was recorded in report (not applicable so do) they have bearing on true mkt value). Research indicates no current or prior sale/transfer history in the previous 36 months/12 months respectively for the subject and comparables other than the transfers reported. Concessions are common to and recognized by/in the mkt. The appraiser anlyzed current sale/listing trends, average and median days on the mkt and current supply of homes in the mkt. This data was then weighed and determined whether or not the Seller Concessions were a significant factor in the sale of the property and whether or whether not the concession should be eliminated from the transfer prices of the respective Comparable Sales.

Summary of Sales Comparison Approach   GBA was adjusted at $30 per sq ft as found in the mkt. Condition/age adjustments are the appraisers estimate per listing card comments & physical exterior inspection by the appraiser. Basement/finish, utility (bed/bath count), style/design, view/location (commercial deer farm), quality of construction, & int/ext amenity adjustments are the appraiser's estimate as to what the mkt will recognize for such improvements/features. All adjustments are extracted from, common to & recognized by/in the mkt. IG Pools have diminished value due to cost to construct, short season of use, cost of upkeep & depreciation. Acreage was adjusted at $1,500/$3,000 per excess/surplus acre.

Given the lack of recent comparable transfers with like style/design, size/utility, acreage, & similar appeal to the mkt the appraiser felt that using a weighted Avg of all 3 Comparable Sales w/Addt'l weight lent by Active Listings #4 & #5 would give the most accurate opinion

| Indicated Value by Sales Comparison Approach $ | | | 270,000 | | |

| Indicated Value by: Sales Comparison Approach $ | 270,000 | Cost Approach (if developed) $ | N/A | Income Approach (if developed) $ | N/A |

The Market Data Approach is relied on most heavily as it best reflects the actions of buyers and sellers in the market place. The Cost Approach lends support but due to lack of relevent, supportive market data was given less weight. Income Approach is not applicable as residents in the market/neighborhood are typically purchased by comparison rather than for income.

This appraisal is made | X | "as is," | | subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, | | subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or | | subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:   This appraisal assumes that all building services equipment is operable and not subject to any hidden deficiencies which would render the property less value.

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is

$ 270,000 , as of 1/13/2013

Produced by ClickFORMS Software 800-622-8727                Page   3  of  26

Residential Appraisal Report

File No.    bkTrent 1 13
Order #    bkCarroll 1 13

Appraisers are required to be licensed and are regulated by the Michigan Department of Labor & Economic Growth, P.O. Box 30018, Lansing, Michigan 48909.

This is a summary appraisal report which is intended to comply with the requirements set fourth under Standards Rule 2-2 for the Uniform Standards of Professional Appraisal Practice for a Summary Appraisal Report.

Electronic digital signature is used when e-mailing appraisal reports. The signature is derived from the appraisers original signature and the report is made uneditable before sending.

The appraiser may take comparable pictures off the MLS if the photos at the time of the listing are deemed a more accurate depiction of the market and home than current photos. Comparable effective age is an estimate derived from an exterior pysical inspection of the home as well as extracted from Realtor comments on the listing card.

**ADDITIONAL COMMENTS**

## COST APPROACH TO VALUE (if applicable)

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)   N/A

**COST APPROACH**

| ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE | | | =$ | N/A |
|---|---|---|---|---|---|
| Source of cost data  N/A | Dwelling | 4,320 | Sq. Ft. @ $ | =$ | |
| Quality rating from cost service    N/A    Effective date of cost data    N/A | Bsmt. | 3,000 | Sq. Ft. @ $ | =$ | |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | | | | | |
|  | Garage/Carport | | Sq. Ft. @ $ | =$ | |
| N/A | Total Estimate of Cost-new | | | =$ | |
|  | Less    Physical | Functional | External | | |
|  | Depreciation | | | =$ ( | ) |
|  | Depreciated Cost of Improvements | | | =$ | |
|  | "As-is" Value of Site Improvements | | | =$ | |
| Estimated Remaining Economic Life (HUD and VA only)    N/A    Years | Indicated Value By Cost Approach | | | =$ | N/A |

## INCOME APPROACH TO VALUE (if applicable)

**INCOME**

Estimated Monthly Market Rent $ _____ X Gross Multiplier _____ =$   N/A   Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM)

## PROJECT INFORMATION FOR PUDs (if applicable)

**PUD INFORMATION**

Is the developer/builder in control of the Homeowner's Association (HOA)?  ☐ Yes  ☐ No   Unit type(s)  ☐ Detached  ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project

Total number of phases _____ Total number of units _____ Total number of units sold _____

Total number of units rented _____ Total number of units for sale _____ Data source(s)

Was the project created by the conversion of existing building(s) into a PUD?  ☐ Yes  ☐ No  If Yes, date of conversion.

Does the project contain any multi-dwelling units?  ☐ Yes  ☐ No  Data source.

Are the units, common elements, and recreation facilities complete?  ☐ Yes  ☐ No  If No, describe the status of completion.

Are the common elements leased to or by the Homeowner's Association?  ☐ Yes  ☐ No  If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

Graceland Appraisal
EXTRA COMPARABLES 4-5-6

File No.   bkTrent 1 13
Order #   bkCarroll 1 13

| | | |
|---|---|---|
| Borrower | Laura Carroll & Her Assigns | |
| Property Address | 700 N Trent Rd | |
| City | Ravenna | County Muskegon   State MI   Zip Code 49451 |
| Lender/Client | Earl & Laura Carroll & Their Assigns | Address 700 N Trent Rd, Ravenna, MI 49451 |

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | +(-) $ Adjustment | COMPARABLE SALE # 5 | +(-) $ Adjustment | COMPARABLE SALE # 6 | +(-) $ Adjustment |
|---|---|---|---|---|---|---|---|
| Address | 700 N Trent Rd | 16080 Hall Rd | | 4005 Swanson Rd | | | |
| | Ravenna, MI 49451 | Casnovia, MI 49318 | | Ravenna, MI 49451 | | | |
| Proximity to Subject | | 1.44 miles E | | 8.01 miles SW | | | |
| Sale Price | $ | $ 299,900 | | $ 599,900 | | $ | |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 95.39 sq. ft. | | $ 117.17 sq. ft. | | $ sq. ft. | |
| Data Source(s) | | MLS# 12063241 DOM 232 | | MLS# 12005901 DOM 358 | | | |
| Verification Source(s) | | Assessor | | Assessor | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing | | Active/arms-length | | Active/arms-length | 0 | | |
| Concessions | | N/A | 0 | N/A | 0 | | |
| Date of Sale/Time | | List/Sale Ratio(-)5% | -15,000 | List/Sale Ratio(-)10% | -60,000 | | |
| Location | Low Dnsity Sbrbn | Low Dnsity/Similar | 0 | Low Dnsity/Similar | 0 | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | 0 | | |
| Site | 3.00 Acres | 3.00 Acre | 0 | 118 Acre | -172,000 | | |
| View | Deer Park, Private | Private/Orchard | -20,000 | Private/Good | -20,000 | | |
| Design (Style) | Raised Ranch | 1.5 Story | | 1.5 Story | 0 | | |
| Quality of Construction | Frame/Good | Frame/Very Good | -15,000 | Frame/Superior | -60,000 | | |
| Actual Age | 20 yrs | 24 yrs (est) | 0 | 6 yrs | -5,000 | | |
| Condition | Good | Good/Similar | 0 | Superior | -30,000 | | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 7   2   2.1 | 9   4   2.1 | 0 | 10   5   6.0 | -15,000 | | |
| Gross Living Area | 4,320 sq. ft. | 3,144 sq. ft. | +35,280 | 5,120 sq. ft. | -24,000 | sq. ft. | |
| Basement & Finished | Partial/3,000 sf | Walkout/Similar | 0 | Full Daylight | +5,000 | | |
| Rooms Below Grade | FR,4bed,4.1bath | Similar/Equal finish | 0 | Similar/Equal finish | 0 | | |
| Functional Utility | Superior | Superior | 0 | Superior | 0 | | |
| Heating/Cooling | Geo-Therm/C-Air | LP FA/C-Air | 0 | Geo-Therm/C-Air | 0 | | |
| Energy Efficient Items | Furnace, Windows | Assumed Similar | 0 | Assumed Similar | 0 | | |
| Garage/Carport | 3 Car Gar. Blt-In | 2 Stall Att | +5,000 | 8 Stall Att w/Loft | -20,000 | | |
| Porch/Patio/Deck | Cov Porch, 2 Deck | Enc Porch, Deck | 0 | Enc Porch, Patio | 0 | | |
| Fireplaces | 3 Fireplaces | 2 Fireplace | +1,000 | Fireplace | +5,000 | | |
| Pool | IG Pool,Patio, Fnc | P Barn w/Ht,1/2bth | 0 | None Noted | +15,000 | | |
| Days On Market | N/A | 232-Excessive(-)5% | -15,000 | 358-Excessive (-)5% | -30,000 | | |
| Net Adjustment (Total) | | + X - | $ -23,720 | + X - | $ -411,000 | + - | $ 0 |
| Adjusted Sale Price | | Net Adj -8% | | Net Adj -69% | | Net Adj 0% | |
| of Comparables | | Gross Adj : 35% | $ 276,180 | Gross Adj: 77% | $ 188,900 | Gross Adj: 0% | $ 0 |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | No Transfer (36mths) | No Transfer (12mths) | No Transfer (12mths) | |
| Price of Prior Sale/Transfer | N/A | N/A | N/A | |
| Data Source(s) | MLS, Assessor | MLS, Assessor | MLS, Assessor | |
| Effective Date of Data Source(s) | January-2013 | January-2013 | January-2013 | |

Analysis of prior sale or transfer history of the subject property and comparable sales  No Sheriff Sale data was recorded in report (not applicable nor do
they have bearing on true mkt value)  Research indicates no current or prior sale/transfer history in the previous 36 months/12 months
respectively for the subject and comparables other than the transfers reported. Concessions are common to and recognized by/in the
mkt. The appraiser anylized current sale/listing trends, average and median days on the mkt and current supply of homes in the mkt.
This data was then weighed and determined whether or not the Seller Concessions were a significant factor in the sale of the property
and whether or whether not the concession should be eliminated from the transfer prices of the respective Comparable Sales.

Summary of Sales Comparison Approach   See page 2 and comment addenda.

Graceland Appraisal
**COMMENT ADDENDUM**

File No.    bkTrent 1 13
Order #     bkCarroll 1 13

| Borrower | Laura Carroll & Her Assigns | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 700 N Trent Rd | | | | | | |
| City Ravenna | | County | Muskegon | State | MI | Zip Code | 49451 |
| Lender/Client | Earl & Laura Carroll & Their Assigns | | Address 700 N Trent Rd, Ravenna, MI 49451 | | | | |

List Price to Sales Price ratio was determined to range between (+)6% - (-)20.2%. This data was extracted from "Comparable Transfers" in the market/neighborhood. List to sales price ratio may range between the average market percentile when factoring Days On Market and Average/Typical list price for the neighborhood. The appropriately deemed list/sales price percentile was deducted from Active Listings #4, and #5 and is meant to be an indicator of the most likely transfer price if given adequate exposure time on the market. Complete Comparable history was researched to ensure all current listing activity was factored into data.

Due to the short exposure time on the market (17 days) for Comparable Sales #3 the appraiser feels that this home was undervalued and therefore applied a (+)3% market adjustment premium as an indicator of the most likely transfer price if these homes list prices were consistant with current neighborhood market expectations.

**Quality of construction is based on materials and craftsmanship utilized for construction. Rating of homes are compared against competing properties ie; when saying a home is in "Average" condition or quality of construction that means when compared to similar and competing homes in that market.**

Average/Above Avg Quality would be considered (Older) Laminate, Carpet and/or Vinyl Flooring, Formica Kitchen Countertops, Builder Grade Kitchen Cabinetry and Fixtures.

Good/Superior Quality would be considered (Newer/Updated), Hardwood, Ceramic Tile, or Exotic Flooring. Granite Countertops, Upgraded Kitchen Cabinetry, Appliances, and Fixtures, etc...

**Grading Scale utilized- As compared to "Comparable" homes with competing buyers/markets/neighborhoods.**

Superior- (new, high end quality of construction, amenities and appeal).
Very Good- (Same as good only with better quality of construction).
Good- (recently updated, very well kept, good quality of construction/materials).
Above Avg- (several new/newer updates, some above average quality of construction/materials).
Average- (few recent updates 5/10 years, flooring/amenities in Average condition, average/common materials utilized).
Below Avg- (not typical for the neighborhood, decent condition, some repairs/updating needed).
Fair- Below (below average quality of construction/materials, many needed repairs/updating throughout).
Poor- (unacceptable quality of construction/materials, possible hazzard).

The appraiser does not recognize a measurable negative value trend within the most recent 365 day period, therefore, no market adjustment was applied to Comparable Transfers utilized for comparison within this report.

To ensure the best, most accurate market data was used the appraiser utilized ONLY arms-length comparable transfers 1 of which had sold within the most recent 90 days of this inspection. The 3 Comparable Sales, and 2 Active Listings utilized were the best available at the time of inspection and should be considered a good indice of current fair market value.

The appraiser searched the local MLS and city records for other comparables with greater similiarity, no better comparables were found. The comparables as shown are the best comparables available to substantiate the value of the subject property.

The subject is located in a Low Densit/Rural neighorhood/market where a limited number of similar closed sales are available to choose from. The appraiser searched the local MLS and city record for other comparables more proximate in location and similarity, no other/better competing sales were found within a reasonable commute. The comparables shown are the best comparables available to substantiate the value of the subject.

The appraiser must rely on Realtor comments and a drive-by inspection at the time of inspection for much of the data. Energy efficient items such as thermal pane windows or high efficency furnaces are reported, however, many times these items are undocumented for the comparable sales. Energy efficient items are therefore accounted for in the "condition" grid. Items such as patios & storage sheds have no measurable market reaction.

This appraisal report is subject to the scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. The Appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**DEFINITION OF MARKET VALUE:** As per Fannie Mae the definition of market value is the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

NL - General Certification 5/2007                    This form may be reproduced unmodified without written permission, however, Bradford Technologies, Inc. must be acknowledged and credited.

Produced by ClickFORMS Software 800-622-8727        Page    7    of    26

Graceland Appraisal

File No. bkCarroll 1 13
Order #     bkCarroll 1 13

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event.

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

21. I am aware that any disclosure or distribution of this appraisal report by me or the client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

22. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

## SUPERVISORY APPRAISER'S CERTIFICATION: The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name  Scott A. Packer | Name |
| Company Name Graceland Appraisal | Company Name |
| Company Address 3489 Hampton Downs Dr SE | Company Address |
| Grand Rapids, MI 49512 | |
| Telephone Number 1-888-336-2150 | Telephone Number |
| Email Address scottp@appraisal150.com | Email Address |
| Date of Signature and Report 1/24/2012 | Date of Signature |
| Effective Date of Appraisal 1/13/2013 | State Certification # |
| State Certification # | or State License # |
| or State License #    1201006369 | State |
| or Other (describe)                        State # | Expiration Date of Certification or License |
| State      MI | |
| Expiration Date of Certification or License 07/31/2014 | |
| | SUBJECT PROPERTY |
| ADDRESS OF PROPERTY APPRAISED | |
| 700 N Trent Rd | ☐ Did not inspect subject property |
| Ravenna, MI 49451 | ☐ Did inspect exterior of subject property from street |
| | Date of Inspection |
| APPRAISED VALUE OF SUBJECT PROPERTY $     270,000 | ☐ Did inspect interior and exterior of subject property |
| CLIENT | Date of Inspection |
| Name  N/A | |
| Company Name Earl & Laura Carroll & Their Assigns | COMPARABLE SALES |
| Company Address 700 N Trent Rd | ☐ Did not inspect exterior of comparable sales from street |
| Ravenna, MI 49451 | ☐ Did inspect exterior of comparable sales from street |
| Email Address laura@whitehousewhitetails.com | Date of Inspection |

NL - General Certification 5/2007    This form may be reproduced unmodified without written permission, however, Bradford Technologies, Inc. must be acknowledged and credited.

Produced by ClickFORMS Software 800-622-8727        Page    9  of   26

Graceland Appraisal
**SKETCH ADDENDUM**

File No.    bkTrent 1 13
Order #     bkCarroll 1 13

| Borrower | Laura Carroll & Her Assigns | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 700 N Trent Rd | | | | | | |
| City Ravenna | | County | Muskegon | State | MI | Zip Code | 49451 |
| Lender/Client | Earl & Laura Carroll & Their Assigns | | Address | 700 N Trent Rd, Ravenna, MI 49451 | | | |



| SKETCH CALCULATIONS | Perimeter | Area |
|---|---|---|
| A1 : 108.0 x 40.0 = | | 4320.0 |
| First Floor | | 4320.0 |
| **Total Living Area** | | **4320.0** |

Graceland Appraisal

## SUBJECT PHOTO ADDENDUM

File No.   bkTrent 1 13
Order #   bkCarroll 1 13

| Borrower | Laura Carroll & Her Assigns | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 700 N Trent Rd | | | | | | |
| City   Ravenna | | County | Muskegon | State | MI | Zip Code | 49451 |
| Lender/Client | Earl & Laura Carroll & Their Assigns | | Address | 700 N Trent Rd, Ravenna, MI 49451 | | | |



**FRONT OF
SUBJECT PROPERTY**

700 N Trent Rd
Ravenna, MI 49451



**REAR OF
SUBJECT PROPERTY**

rear/Easterly view



**STREET SCENE**

southerly

Graceland Appraisal
**SUBJECT PHOTO ADDENDUM**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | File No. | bkTrent 1 13 | |
| | | | | Order # | bkCarroll 1 13 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | Laura Carroll & Her Assigns | | | | | | |
| Property Address | 700 N Trent Rd | | | | | | |
| City Ravenna | | County | Muskegon | State | MI | Zip Code | 49451 |
| Lender/Client | Earl & Laura Carroll & Their Assigns | | Address | 700 N Trent Rd, Ravenna, MI 49451 | | | |



northerly side view



kitchen

Graceland Appraisal

## SUBJECT PHOTO ADDENDUM

File No.    bkTrent 1 13
Order #    bkCarroll 1 13

| Borrower | Laura Carroll & Her Assigns | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 700 N Trent Rd | | | | | | |
| City Ravenna | | County | Muskegon | State | MI | Zip Code | 49451 |
| Lender/Client | Earl & Laura Carroll & Their Assigns | | Address | 700 N Trent Rd, Ravenna, MI 49451 | | | |



dining room



great room



family room w/Fireplace

Graceland Appraisal
## SUBJECT PHOTO ADDENDUM

File No.    bkTrent 1 13
Order #    bkCarroll 1 13

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | Laura Carroll & Her Assigns | | | | | | |
| Property Address | 700 N Trent Rd | | | | | | |
| City Ravenna | | County | Muskegon | State | MI | Zip Code | 49451 |
| Lender/Client | Earl & Laura Carroll & Their Assigns | | Address | 700 N Trent Rd, Ravenna, MI 49451 | | | |



foyer



bedroom



full bath

Graceland Appraisal
**SUBJECT PHOTO ADDENDUM**

File No.    bkTrent 1 13
Order #    bkCarroll 1 13

| Borrower | Laura Carroll & Her Assigns | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Property Address | 700 N Trent Rd | | | | | | | |
| City  Ravenna | | County | Muskegon | State | MI | Zip Code | | 49451 |
| Lender/Client | Earl & Laura Carroll & Their Assigns | | | Address | 700 N Trent Rd, Ravenna, MI 49451 | | | |



master bedroom



master bath



master bedroom sitting room w/FP

Graceland Appraisal
**SUBJECT PHOTO ADDENDUM**

File No.    bkTrent 1 13
Order #    bkCarroll 1 13

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower | Laura Carroll & Her Assigns | | | | | |
| Property Address | 700 N Trent Rd | | | | | |
| City   Ravenna | | County | Muskegon | State | MI | Zip Code    49451 |
| Lender/Client | Earl & Laura Carroll & Their Assigns | | Address | 700 N Trent Rd, Ravenna, MI 49451 | | |



master bath



basement- FR/RR w/Fireplace



basement- bedroom w/Egress

Graceland Appraisal
### SUBJECT PHOTO ADDENDUM

File No.    bkTrent 1 13
Order #    bkCarroll 1 13

| Borrower | Laura Carroll & Her Assigns | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 700 N Trent Rd | | | | | | |
| City   Ravenna | | County | Muskegon | State | MI | Zip Code | 49451 |
| Lender/Client | Earl & Laura Carroll & Their Assigns | | Address | 700 N Trent Rd, Ravenna, MI 49451 | | | |



basement- bathroom



basement- bedroom



basement- bathroom

Graceland Appraisal
### SUBJECT PHOTO ADDENDUM

File No.    bkTrent 1 13
Order #    bkCarroll 1 13

| | |
|---|---|
| Borrower | Laura Carroll & Her Assigns |
| Property Address | 700 N Trent Rd |

| City | Ravenna | County | Muskegon | State | MI | Zip Code | 49451 |
|---|---|---|---|---|---|---|---|
| Lender/Client | Earl & Laura Carroll & Their Assigns | | Address | 700 N Trent Rd, Ravenna, MI 49451 | | | |



basement- bedroom w/Egress & 3/4 bath



basement- bedroom w/Egress & 3/4 bath



basement- 1/2 bath

Graceland Appraisal
**SUBJECT PHOTO ADDENDUM**

File No.   bkTrent 1 13
Order #   bkCarroll 1 13

| Borrower | Laura Carroll & Her Assigns | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 700 N Trent Rd | | | | | | |
| City  Ravenna | | County | Muskegon | State | MI | Zip Code | 49451 |
| Lender/Client | Earl & Laura Carroll & Their Assigns | | Address | 700 N Trent Rd, Ravenna, MI 49451 | | | |



2 furnace



finished 3 stall built-in garage- heated, carpeted



basement- storage/hobby room

Graceland Appraisal
### SUBJECT PHOTO ADDENDUM

File No.   bkTrent 1 13
Order #   bkCarroll 1 13

| Borrower | Laura Carroll & Her Assigns | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 700 N Trent Rd | | | | | | |
| City  Ravenna | | County | Muskegon | State | MI | Zip Code | 49451 |
| Lender/Client | Earl & Laura Carroll & Their Assigns | | Address | 700 N Trent Rd, Ravenna, Mi 49451 | | | |



view from front porch- westerly



northerly view from front porch- Pond not on house lot (view only)



deck off master bedroom

Graceland Appraisal
**SUBJECT PHOTO ADDENDUM**

File No.    bkTrent 1 13
Order #    bkCarroll 1 13

| Borrower | Laura Carroll & Her Assigns | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 700 N Trent Rd | | | | | | |
| City  Ravenna | | County | Muskegon | State | MI | Zip Code | 49451 |
| Lender/Client | Earl & Laura Carroll & Their Assigns | | Address | 700 N Trent Rd, Ravenna, MI 49451 | | | |



view of IG pool from deck



office w/Large outbuildings- south of home (not on lot with home)



southerly side view w/IG Pool

**LOCATION MAP ADDENDUM**

File No.  bkTrent 1 13
Order #   bkCarroll 1 13

| Borrower | Laura Carroll & Her Assigns | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 700 N Trent Rd | | | | | | |
| City  Ravenna | | County | Muskegon | State | MI | Zip Code | 49451 |
| Lender/Client | Earl & Laura Carroll & Their Assigns | | Address | 700 N Trent Rd, Ravenna, MI 49451 | | | |



Graceland Appraisal
**COMPARABLES 1-2-3**

File No.    bkTrent 1 13
Order #    bkCarroll 1 13

| Borrower | Laura Carroll & Her Assigns | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 700 N Trent Rd | | | | | | |
| City | Ravenna | County | Muskegon | State | MI | Zip Code | 49451 |
| Lender/Client | Earl & Laura Carroll & Their Assigns | | Address | 700 N Trent Rd, Ravenna, MI 49451 | | | |



**COMPARABLE SALE #    1**
10079 Fruit Ridge Ave NW
Sparta, MI 49345



**COMPARABLE SALE #    2**
71 S Main St
Casnovia, MI 49318



**COMPARABLE SALE #    3**
3770 Ivah Dr NW
Kent City, MI 49330

Graceland Appraisal
**COMPARABLES 4-5-6**

| | |
|---|---|
| File No. | bkTrent 1 13 |
| Order # | bkCarroll 1 13 |

| Borrower | Laura Carroll & Her Assigns | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 700 N Trent Rd | | | | | | |
| City Ravenna | | County | Muskegon | State | MI | Zip Code | 49451 |
| Lender/Client | Earl & Laura Carroll & Their Assigns | | Address | 700 N Trent Rd, Ravenna, MI 49451 | | | |



**COMPARABLE SALE #    4**
16080 Hall Rd
Casnovia, MI 49318



**COMPARABLE SALE #    5**
4005 Swanson Rd
Ravenna, MI 49451



**COMPARABLE SALE #    6**

Graceland Appraisal

**FLOOD MAP ADDENDUM**

File No.   bkTrent 1 13
Order #   bkCarroll 1 13

| Borrower | Laura Carroll & Her Assigns | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 700 N Trent Rd | | | | | | |
| City  Ravenna | | County | Muskegon | State | MI | Zip Code | 49451 |
| Lender/Client | Earl & Laura Carroll & Their Assigns | | Address | 700 N Trent Rd, Ravenna, MI 49451 | | | |



**Flood Map Legends**

Flood Zones

Areas inundated by 500-year flooding

Areas outside of the 100 and 500 year flood plains

Areas inundated by 100-year flooding

Areas inundated by 100-year flooding with velocity hazard

Floodway areas

Floodway areas with velocity hazard

Areas of undetermined but possible flood hazard

Areas not mapped on any published FIRM

**Flood Zone Determination**

SFHA (Flood Zone): **Out**
Within 250 ft. of multiple flood zone? **No**
Community: 261199
Community Name:
Zone: N      Panel: 26121C         Panel Date:
FIPS Code: 26121      Census Tract: .

This Flood Report is for the sole benefit of the Customer that ordered and paid for the Report and is based on the property information provided by the customer. That customer's use of this report is subject to the terms agreed by that customer when accessing this product. No third party is authorized to use or rely on this report for any purpose. NEITHER FIRST AMERICAN FLOOD DATA SERVICES NOR THE SELLER OF THIS REPORT MAKES ANY REPRESENTATIONS OR WARRANTIES TO ANY PARTY CONCERNING THE CONTENT ACCURACY OR COMPLETENESS OF THIS REPORT INCLUDING ANY WARRANTY OR MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. Neither FAFDS nor the seller of this Report shall have any liability to any third party for any use or misuse of this Report.

License

| | | | | | File No. | bkTrent 1 13 |
| | | | | | Order # | bkCarroll 1 13 |

Borrower   Laura Carroll & Her Assigns

Property Address  700 N Trent Rd

| City  Ravenna | County | Muskegon | State | MI | Zip Code | 49451 |

Lender/Client   Earl & Laura Carroll & Their Assigns         Address   700 N Trent Rd, Ravenna, MI 49451

A 1433285

RICK SNYDER
GOVERNOR

STATE OF MICHIGAN

**DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS**

BUREAU OF COMMERCIAL SERVICES
STATE LICENSED APPRAISER
LICENSE

SCOTT ALAN PACKER
3489 HAMPTON DOWNS DR SE
GRAND RAPIDS  MI  49512

PERMANENT LIC NO.          EXPIRATION DATE          AGENT NO.          THIS DOCUMENT IS DULY ISSUED
                                                                        UNDER THE LAWS OF THE STATE
1201006369          07/31/2014          2608265          OF MICHIGAN